**Order entered October 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00546-CV

## 31 HOLDINGS I, LLC, 31 OPERATING, LLC, 31 GROUP, LLC, AND KENNETH GOGGANS, Appellants

### V.

## ARGONAUT INSURANCE COMPANY, Appellee

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-21-0634**

### ORDER

Before the Court is appellee's October 6, 2021 unopposed motion to extend time to file its brief on the merits. We **GRANT** the motion and extend the time to **November 3, 2021**. We caution appellee that further requests for extension in this accelerated appeal will be disfavored.

/s/    KEN MOLBERG
        JUSTICE